**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Lawrence Joe BAUER, Defendant—
Appellant.**

**No. 03–30366.**

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 5, 2005.*

Decided Dec. 12, 2005.

Before: GOODWIN, W. FLETCHER,
and FISHER, Circuit Judges.

MEMORANDUM **

Lawrence Joe Bauer appeals his jury-trial conviction and sentence of 106 months for sexual abuse, in violation of 21 U.S.C. §§ 1153 and 2242(2)(B).

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Bauer has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. Bauer filed a pro se supplemental brief.

We have conducted an independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988). We affirm the conviction. We remand the sentence for further proceedings consistent with *United States v. Ameline,* 409 F.3d 1073, 1084–85 (9th Cir.2005) (en banc), because Bauer was sentenced under the then-mandatory Sentencing Guidelines, and we cannot reliably determine from the record whether the sentence imposed would have been materially different had the district court known that the Guidelines were advisory. *See United States v. Moreno–Hernandez,* 419 F.3d 906, 916 (9th Cir.2005).

Counsel's motion to withdraw as counsel on appeal is denied.

The conviction is AFFIRMED, and the sentence is REMANDED.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

